UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

IN RE:  CASE NO. 11-43624-WJL13
CHAPTER 13

JORGE I GANDARA
ANGELINA L GANDARA  JUDGE WILLIAM J. LAFFERTY

    DEBTORS  **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Trustee Martha G. Bronitsky files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** CALIBER HOME LOANS INC

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 10 | 8848 | $9,004.32 | $9,004.32 | $9,004.32 |
| Total Amount Paid by Trustee | | | | $9,004.32 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit      **X** Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 18th day of May, 2016.

JORGE I GANDARA, ANGELINA L GANDARA, 722 SUNSET DRIVE, LIVERMORE, CA 94551

ELECTRONIC SERVICE - MICHAEL G COMFORT ATTY, PO BOX 5611, SAN MATEO, CA 94402

CALIBER HOME LOANS INC, PO BOX 24330, OKLAHOMA CITY, OK 73124

ELECTRONIC SERVICE - MCCARTHY & HOLTHUS LLP, 1770 - 4TH AVENUE, SAN DIEGO, CA 92101

ELECTRONIC SERVICE - United States Trustee

| | |
|---|---|
| Date: May 18, 2016 | /s/ Trustee Martha G. Bronitsky |
| | Trustee Martha G. Bronitsky |
| | Chapter 13 Trustee |
| | PO Box 5004 |
| | Hayward, CA 94540 |