Entered on Docket
August 30, 2016
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



```
1  Michael G. Comfort – SB#76100
   Attorney At Law
2  P.O. Box 5611
   San Mateo, CA 94402
3  Phone: 650-235-1217                The following constitutes the order of the court.
   Fax: 888-730-4012                  Signed August 30, 2016
4  Attorney for Debtor
```



William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No.: 11-43624 WJL |
| JORGE GANDARA<br>ANGELINA GANDARA | Chapter 13 |
| SS#xxx-xx-6461<br>SS#xxx-xx-0530 | **JUDGMENT VOIDING LIEN** OF U.S. BANK TRUST, N.A. as Trustee for LSF9 MASTER PARTICIPATION TRUST and Servicers CALBER HOME LOANS, INC. and BENEFICIAL FINANCIAL 1, INC. |
| Debtors | |

On June 17, 2011 this court entered an "ORDER VALUING LIEN OF BENEFICIAL, SUBSIDIARY OF HSBC FINANCE CORPORATION ON SECOND DEED OF TRUST" (Court Docket #25) against certain property of Debtors for purposes of this Chapter 13 case.  That Order was subject to being set aside until Debtors obtained a discharge or completed plan payments in this Chapter 13 case. Debtors having completed plan payments as noted on the "Debtors' Certification in Support of Discharge and Notice of Opportunity for Hearing" (Court Docket #54), and having received the Order of Discharge on August 15, 2016 (Court Docket #62) the Court now therefore enters the following judgment.

The **LIEN OF U.S. BANK TRUST, N.A. as Trustee for LSF9 MASTER PARTICIPATION TRUST and Servicers CALBER HOME LOANS, INC. and BENEFICIAL**

JUDGMENT VOIDING LIEN OF U.S. BANK TRUST, N.A. as Trustee for LSF9 MASTER PARTICIPATION TRUST and Servicers CALBER HOME LOANS, INC. and BENEFICIAL FINANCIAL 1, INC. - 1

Case: 11-43624    Doc# 67    Filed: 08/30/16    Entered: 08/30/16 10:37:04    Page 1 of 3

**FINANCIAL 1, INC.**, regarding the property commonly known as 722 Sunset Drive, Livermore, CA 94551-1924 and more fully described in the Legal Description:

Guarantee No. CAFNT0901-0901-0051-0001165043-FNTIC-2011-G1

**EXHIBIT "A"**

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF LIVERMORE, COUNTY OF ALAMEDA, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

Lot 211 Tract 2682 filed September 8, 1965, Map Book 50, Page 82, Alameda County Records.

APN: 098-0391-042

**is HEREBY VOIDED**. The LIEN OF U.S. BANK TRUST, N.A. as Trustee for LSF9 MASTER PARTICIPATION TRUST and Servicers CALBER HOME LOANS, INC. and BENEFICIAL FINANCIAL 1, INC. was recorded in San Mateo County on or about June 15, 2007 as **Instrument No. 2007225393**, in the Official Records of the County of Alameda, California, **is hereby determined to be entirely, permanently, and for all purposes void and unenforceable**.

\*\* END OF ORDER \*\*

**JUDGMENT VOIDING LIEN** OF U.S. BANK TRUST, N.A. as Trustee for LSF9 MASTER PARTICIPATION TRUST and Servicers CALBER HOME LOANS, INC. and BENEFICIAL FINANCIAL 1, INC. - 2

Case: 11-43624    Doc# 67    Filed: 08/30/16    Entered: 08/30/16 10:37:04    Page 2 of 3

**COURT SERVICE LIST**

JORGE & ANGELINA GANDARA
722 Sunset Drive
Livermore, CA 94551-1924

CALIBER HOME LOANS, INC.
13801 Wireless Way
Oklahoma City, OK 73134

BENEFICIAL FINANCIAL 1 INC.
PO Box 1231
Brandon, FL 33509

MC CARTHY & HOLTHUS, LLP
1770 Fourth Avenue
San Diego, CA 92101

HSBC FINANCE CORPORATION
PO Box 829009
Dallas, TX 75382-9009

BENEFICIAL CALIFORNIA INC.
Attn: Agent for Service of Process
c/o CT Corporation System
818 West Seventh Street, Suite 930
Los Angeles, CA 90017

CALIBER HOME LOANS, INC.
Attn: Agent for Service of Process
PO Box 24330
Oklahoma City, OK 73124

**JUDGMENT VOIDING LIEN** OF U.S. BANK TRUST, N.A. as Trustee for LSF9 MASTER PARTICIPATION TRUST and Servicers CALIBER HOME LOANS, INC. and BENEFICIAL FINANCIAL 1 INC. – 3

Case: 11-43624    Doc# 67    Filed: 08/30/16    Entered: 08/30/16 10:37:04    Page 3 of 3